UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN CLAUDIO, an individual; and REBECCA CLAUDIO, an individual,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>EQUIFAX INC.; TRANS UNION LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　　　　　　　　　Defendants. | Case No.: 3:16-cv-1939-BEN-JLB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

　　　Based upon the joint motion submitted by the parties, and good cause appearing, the Court hereby **GRANTS** the Joint Motion to Dismiss Defendant Experian Information Solutions, Inc.  The Court **DISMISSES with prejudice** Defendant Experian Information Solutions, Inc.  Each party shall bear its own attorneys' fees and costs.

　　　**IT IS SO ORDERED.**

Dated:  October 7, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Roger T. Benitez
　　　　　　　　　　　　　　　　　　　United States District Judge